# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00359 |
| MICHAEL LEE ROCHE | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 4/7/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **MICHAEL LEE ROCHE**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. § 1512(c)(2) - Obstruction Justice/Congress,
40 U.S.C. § 5104(e)(2)(A) - Entering and Remaining on the Floor of Congress,
40 U.S.C. § 5104(e)(2)(C) - Disruption of Official Business,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 04/07/2021

2021.04.07
15:35:21 -04'00'
*Issuing officer's signature*

City and state: Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 04/07/2021, and the person was arrested on *(date)* 04/13/2021
at *(city and state)* Murfreesboro, TN.

Date: 04/13/2021

*Arresting officer's signature*

Preston E. Granthan   Special Agent
*Printed name and title*